

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2015

No. 04-14-00856-CV

**IN RE** Ropal **ANDERSON**,
Gerald Busch and Hortencia Morales

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice

On January 7, 2015, the real party in interest filed an opposed motion to dismiss this mandamus proceeding as moot. **The relators and respondent may file a response to the motion to dismiss in this court no later than January 16, 2015.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on January 9th, 2015.          PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court



---

[1] This proceeding arises out of Cause No. 2014CI, styled *In re Matthew Hileman*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.